THE PEOPLE OF THE STATE OF NEW YORK ex rel. EUGENE R. POMMER, Appellant, *v.* HENRY S. THOMPSON, as Commissioner of Water Supply, Gas and Electricity of the City of New York, Respondent.

*Peeple ex rel. Pommer* v. *Thompson,* 169 App. Div. 934, affirmed.
(Argued November 17, 1915; decided December 7, 1915.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered June 18, 1915, which affirmed an order of Special Term denying a motion for a peremptory writ of mandamus to compel the reinstatement of the relator in the position

of mechanical engineer in the department of water supply, gas and electricity of the city of New York.

*Edward S. Brownson, Jr.,* for appellant.

*Lamar Hardy, Corporation Counsel (Terence Farley, E. Crosby Kindleberger* and *Elliot S. Benedict* of counsel), for respondent.

Order affirmed, with costs; no opinion.

Concur: WILLARD BARTLETT, Ch. J., HISCOCK, CHASE, COLLIN, CARDOZO, SEABURY and POUND, JJ.